CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

FEB 08 2013

JULIA C. [signature] CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Action No. 7:08CR00041 |
| ) | Civil Action No. 7:10CV80270 |
| v. ) | |
| ) | **FINAL ORDER** |
| CLIFTON DWIGHT LEE, ) | |
| ) | By: Hon. Glen E. Conrad |
| Defendant. ) | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The magistrate judge's report and recommendation is **ADOPTED IN PART**;

2. The government's motion to dismiss is **GRANTED**;

3. The defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C § 2255 is **DISMISSED**;

4. The defendant's motion for reconsideration is **DENIED**;

4. All other pending motions are **DISMISSED** as moot; and

5. This matter shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and all counsel of record.

ENTER: This 8th day of February, 2013.

/s/ Glen Conrad
Chief United States District Judge